```
                                              FILED
                                        U.S. DISTRICT COURT
                                           SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 OCT -1  AM 11: 31

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| LESAMUEL PALMER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV412-220 |
| ) | |
| STATE OF GEORGIA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and the case is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this __1ST__ day of October 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA